sion, Third Department. January 6, 1909.) Action by John F. Slater against Louise Grannemann, personally and as administratrix of the estate of Christian Grannemann, deceased, etc.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., and COCHRANE, J., dissent.

SMITH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Martha Smith against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SNELL, Appellant, v. SYRACUSE, LAKE SHORE & N. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Mary J. Snell against the Syracuse, Lake Shore & Northern Railroad Company. No opinion. Judgment affirmed, with costs.

SOLINSKY, Appellant, v. DAVIDSON et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Louis Solinsky against Moses Davidson and another. I. N. Jacobson, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SPONHEIMER, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Alice M. Sponheimer, as administratrix, against the New York City Railway Company. B. H. Ames, for appellant. J. A. Kelly, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SPRAGUE, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Albert J. Sprague against the Long Island Railroad Company. No opinion. Motion denied, without costs.

STALEY et al., Appellants, v. MURRAY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Jacob W. Staley and another, as executors, etc., against Michael D. Murray and others. No opinion. Judgment unanimously affirmed, with costs.

STALEY et al., Appellants, v. MURRAY et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Jacob W. Staley and another, as executors, etc., against Michael D. Murray and others.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., dissents.

STATE BANK v. FEIGIN et al. BRIMBERG et al. v. SAME. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Actions by the State Bank against Solomon Feigin and others, and by Max Brimberg and others against the same defendants. No opinions. Motions denied, without costs.

STEWART et al., Respondents, v. WHITE FIREPROOF CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Alexander M. Stewart and another against the White Fireproof Construction Company and another. H. Escher, Jr., and H. M. Dater, for appellants. L. H. Freedman, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Settle order on notice.

LAUGHLIN, J., dissents as to the Fidelity & Casualty Company.

STELZENMULLER, Respondent, v. SEE-SAW PLEASURE RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Karl Stelzenmuller against the See-Saw Pleasure Railway Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the question whether the plaintiff had broken the contract, and thereby justified his discharge, should have been submitted to the jury.

STOOPACK et al., Respondents, v. DWORKOWITZ, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Peter Stoopack and another against Anna Dworkowitz. B. Terk, for appellant. C. H. Broas, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STRAUSS, Respondent, v. ST. LOUIS COUNTY BANK, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Joseph Strauss against the St. Louis County Bank. G. Zabriskie, for appellant. C. E. Travis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 126 App. Div. 647, 111 N. Y. Supp. 130.

STRAUSS v. THOMAN (two cases). (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by Josephine Strauss against Margaret Thoman. No opinion. Motions denied, with $10 costs. Orders filed.

TABACHNICK, Appellant, v. BRAND, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1909.) Action by William Tabachnick against Leopold Brand.

PER CURIAM. We have been compelled to re-read the affidavit submitted by the attorney for the respondent, and we now do what we